**Fill in this information to identify the case:**

Debtor name   **Lighthouse Hospitality LLC**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   **19-30387**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■   Other document that requires a declaration   **Amended Form 204 Chapter 11 - List of Creditors Who Have the 20 Largest Unsecured Claims**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 28, 2019**          X **/s/ Victoria V.  Kolyvas**
                                    Signature of individual signing on behalf of debtor

                                    **Victoria V.  Kolyvas**
                                    Printed name

                                    **Member**
                                    Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name | Lighthouse Hospitality LLC

United States Bankruptcy Court for the: **DISTRICT OF CONNECTICUT**

Case number (if known): **19-30387**

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Christensen Landscape Services Att:  David Christensen P.O. Box 593 Northford, CT 06472 | David Christensen 203-484-0424 | Landscaping and snow removal services | | | | $2,645.94 |
| Cynthia Tsianco 125 Princess Drive Ivoryton, CT 06442 | | 1099 Wages - Uncashed Checks | | | | $1,728.00 |
| Internal Revenue Service Att:  Revenue Agent Centralized Insolvency Oper. P.O. Box 7346 Philadelphia, PA 19101-7346 | Denise Mondell denise.mondell@ct .gov 860-808-5150 | 941 Employee Withholding Taxes | | | | $61,900.77 |
| John's Refuse & Recycling LLC Att:  Andrew Bozzuto 1002 Middletown Avenue Northford, CT 06472 | Andrew Bozzuto 203-234-8696 | Trash and Recycling Pickup | | | | $135.12 |
| New Look Upholstery Att:  Eileen Griffin 82 Long Hill Road Clinton, CT 06413 | Eileen Griffin 203-988-8799 | Upholstery Services | | | | $1,040.59 |
| Northford Environmental Att:  Chris Fabiano, GM 50 Highland Avenue Middletown, CT 06457 | Chris Fabiano 860-685-9311 | Payment to this creditor is anticipated to be paid by State Farm Insurance for pending claim | | | | $1,245.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | Lighthouse Hospitality LLC | | | | Case number *(if known)* | 19-30387 | |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pen-Tel Att: John Pendleton 11 Silver Birch Lane Clinton, CT 06413 | John Pendleton 860-664-0755 | Telephone Repair Service | | | | $135.60 |
| Peoples United Bank Att: Pres. or Other Officer 850 Main Street Bridgeport, CT 06604 | John P. Barnes 203-338-7171 | Overdraft Protection for Business Checking Account | | | | $9,471.37 |
| Peter White Plumbing, LLC Att: Peter White 441 Green Hill Road Madison, CT 06443 | Peter White 203-245-2807 | Payment to this creditor is anticipated to be paid by State Farm Insurance for pending claim | | | | $366.70 |
| Samuel Robinson 905 Ridgewood Road Middletown, CT 06457 | Samuel Robinson 512-431-6839 | Landscaping and maintenance services | | | | $400.00 |
| Scape Artist, Inc. Att: Pres. or Other Officer 141 S. Main Street Beacon Falls, CT 06403 | Douglas T. Atkins 203-882-0200 | Seasonal decoration service | | | | $553.02 |
| ServPro Att: Kristi Stoyak 150 Bradley Street East Haven, CT 06512 | Kristi Stoyak 203-903-9796 | Payment to this creditor is anticipated to be paid by State Farm Insurance for pending claim | | | | $6,613.45 |
| Shore Publishing LLC Att: Managing Member P.O. Box 1010 Madison, CT 06443 | Gary Farrugia, Agent 203-245-1877 | Advertising Display | | | | $220.00 |
| Tax Collector, Madison P.O. Box 587 Madison, CT 06443 | Colleen Kiesewetter 203-245-5641 | Personal Property Tax | | | | $1,151.56 |
| Wells Fargo Bank, N.A. Att: Pres. or Other Officer P.O. Box 5132 Sioux Falls, SD 57117-5132 | President or Other Officer 877-831-1326 | Loan to purchase Gas Fireplace - Name of Victoria Kolyvas | | | | $3,897.82 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Lighthouse Hospitality LLC**

United States Bankruptcy Court for the: DISTRICT OF CONNECTICUT

Case number (if known) **19-30387**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                      12/15

Part 1:    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*...............................................................................................    $    **1,125,000.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................................    $    **112,502.32**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...............................................................................................    $    **1,237,502.32**

Part 2:    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    **474,407.97**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **64,780.33**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$    **26,724.61**

4.   **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b    $    **565,912.91**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lighthouse Hospitality LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **19-30387**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **People's United Bank** | **Commercial Checking Account** | 1272 | $0.00 |
| 3.2. | **People's United Bank** | **Savings Account - Contingencies** | 9928 | $0.43 |
| 3.3. | **People's United Bank** | **Savings Account - Projects** | 9688 | $1.74 |
| 3.4. | **People's United Bank** | **Savings Account - Taxes/Payroll** | 8178 | $0.15 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$2.32**

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

Debtor    **Lighthouse Hospitality LLC**                          Case number *(if known)* **19-30387**
          Name

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Office furniture:  Desk, chair and two file cabinets** | **Unknown** | **N/A** | **$250.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Office equipment:  computer, monitor, printer, phone system, motherboard and cables, cd player** | **Unknown** | | **$2,250.00** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.                                     **$2,500.00**

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☑ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Lighthouse Hospitality LLC** | Case number *(If known)* **19-30387** |
|--------|-------------------------------|----------------------------------------|
| | Name | |

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **949 Boston Post Road, Madison, CT; Tidewater Inn, a Bed and Breadfast facility; Town of Madison Parcel ID No. 2509; Value shown is average of two foreclosure appraisals dated 5/1/2018 and 2/11/2019, see also response to question 77 below.** | **Fee simple, real estate only** | **$1,125,000.00** | **Appraisal** | **$1,125,000.00** |

56.     **Total of Part 9.**                                                                               | **$1,125,000.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☑ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **Lighthouse Hospitality LLC**                          Case number *(If known)* **19-30387**
          Name

| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Tradename: "Tidewater Inn"; Value included**<br>**in response to #77, below** | $0.00 | | $0.00 |
|---|---|---|---|---|

| 61. | **Internet domain names and websites**<br>**www.thetidewater.com; Value included in**<br>**response to #77, below** | $0.00 | | $0.00 |
|---|---|---|---|---|

| 62. | **Licenses, franchises, and royalties** | | | |
|---|---|---|---|---|

| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer names, addresses, telephone**<br>**numbers and email addresses; Value included**<br>**in response to #77, below** | $0.00 | | $0.00 |
|---|---|---|---|---|

| 64. | **Other intangibles, or intellectual property** | | |
|---|---|---|---|

| 65. | **Goodwill** | | |
|---|---|---|---|

66.    **Total of Part 10.**                                                                    $0.00

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

                                                                                    **Current value of**
                                                                                    **debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit**
       **has been filed)**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Lighthouse Hospitality LLC**                              Case number *(If known)*   **19-30387**
_____               _____
         Name

| | | |
|---|---|---|
| **Insurance recovery claim for property damage arising from burst water pipe on January 22, 2019; value to be determined** | | **Unknown** |
| Nature of claim | **Insurance Recovery Claim** | |
| Amount requested | **$0.00** | |

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
      **The Debtor owns and operates The Tidewater Inn at 949 Boston Post Road, Madison, Connecticut, a bed an breakfast.  Assets include furniture, fixtures and furnishings for 8 guest rooms in the inn's main building as well as the one-bedroom cottage; furniture, fixtures, furnishings for common areas, dining room and kitchen, including kitchen equipment, laundry equipment, heating equipment; outdoor furniture, outdoor decorations and signage.  Other assets include bed linens, window dressings, towels, cookware, tablewear and glassware.**

      **In the opinion of the Debtor the going concern value may be about $500,000, but the real estate described in Schdule A/B #55 above and going concern together have been appraised at $1,235,000 as of 3/7/2018.  Thus the difference after deducting real estate value assigned above in A/B #55 is $110,000.**                                                     **$110,000.00**

78.   **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.                          **$110,000.00**

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Debtor | **Lighthouse Hospitality LLC** | Case number *(If known)* **19-30387** |
|---|---|---|
| | Name | |

---

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $1,125,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $110,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $112,502.32 | + 91b. $1,125,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,237,502.32 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Lighthouse Hospitality LLC**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   **19-30387**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **HarborOne Bank**<br>Creditor's Name<br><br>**Att:  Pres. or Other Officer**<br>**68 Legion Parkway**<br>**P.O. Box 720**<br>**Brockton, MA 02303-0720**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**Rec. 5/18/2005**<br>**Last 4 digits of account number**<br>**1034**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. HarborOne Bank**<br>**2. US Small Business Admin.**<br>**3. State of Connecticut**<br>**4. Tax Collector, Madison** | **Describe debtor's property that is subject to a lien**<br>**949 Boston Post Road, Madison, CT; Rec. 1371, P. 40**<br><br><br>**Describe the lien**<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $284,562.81 | $1,125,000.00 |
| **2.2**  **HarborOne Bank**<br>Creditor's Name<br><br>**Att:  Pres. or Other Officer**<br>**68 Legion Parkway**<br>**P.O. Box 720**<br>**Brockton, MA 02303-0720**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**Rec. 5/18/2005**<br>**Last 4 digits of account number**<br>**1034** | **Describe debtor's property that is subject to a lien**<br>**949 Boston Post Road, Madison, CT; Vol. 1371, P. 66; Value included in mortgage**<br><br><br>**Describe the lien**<br>**Collateral assignment of leases and rentals**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $0.00 | $1,235,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    

Debtor   **Lighthouse Hospitality LLC**
     Name

Case number (if know)   **19-30387**

---

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **HarborOne Bank** |
|---|---|

Creditor's Name

**Att:  Pres. or Other Officer**
**68 Legion Parkway**
**P.O. Box 720**
**Brockton, MA 02303-0720**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Rec. 5/18/2005**
**Last 4 digits of account number**
**1034**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**1. US Small Business Admin.**
**2. HarborOne Bank**

**Describe debtor's property that is subject to a lien**
**Collateral:  "All"; UCC-1 #2763460, CT Secretary of State**

**Describe the lien**
**UCC Financing Statement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $110,000.00

---

| 2.4 | **State of Connecticut** |
|---|---|

Creditor's Name

**Department of Revenue Services**
**Att:  Revenue Officer**
**450 Columbus Avenue, Ste 1**
**Hartford, CT 06103**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Rec. 10/2018**
**Last 4 digits of account number**
**4000**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**
**949 Boston Post Road, Madison, CT; Vol. 2082, P. 222**

**Describe the lien**
**Tax Lien (Room Occupancy and Sales/Use Taxes)**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$62,730.03      $1,125,000.00

---

| 2.5 | **Tax Collector, Madison** |
|---|---|

**Describe debtor's property that is subject to a lien**

$9,965.55      $1,125,000.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     

Debtor    **Lighthouse Hospitality LLC**
　　　　　Name

Case number (if know)    **19-30387**

| | |
|---|---|
| Creditor's Name | **949 Boston Post Road, Madison, CT** |
| **P.O. Box 587**<br>**Madison, CT 06443** | |
| Creditor's mailing address | **Describe the lien**<br>**Statutory Lien** |
| | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Date debt was incurred**<br>**2017 Grand List**<br>**Last 4 digits of account number**<br>**4320** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **US Small Business Admin.** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$1,125,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **949 Boston Post Road, Madison, CT; Vol. 1371, P. 66; Value included in mortage above** | | |
| | **Att: Director**<br>**409 3rd Street S.W.**<br>**Washington, DC 20416** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Collateral assignment of leases and rentals** | | |
| | | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Date debt was incurred**<br>**Rec. 5/18/2005**<br>**Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**Specified on line 2.1** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| 2.7 | **US Small Business Admin.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$110,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **949 Boston Post Road, Madison, CT; Collateral: "All Assets"; UCC-1 #2330744, CT Secretary of State; Value included above** | | |
| | **Att: Director**<br>**409 3rd Street S.W.**<br>**Washington, DC 20416** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**UCC Financing Statement** | | |
| | | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Date debt was incurred**<br>**Rec. 5/19/2005**<br>**Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor　**Lighthouse Hospitality LLC**
　　　　　Name

Case number *(if know)*　**19-30387**

- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  **Specified on line 2.3**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.8 | **US Small Business Admin.** | Describe debtor's property that is subject to a lien | $117,149.58 | $1,125,000.00 |
|---|---|---|---|---|

Creditor's Name

**Att:　Director**
**409 3rd Street S.W.**
**Washington, DC 20416**

**949 Boston Post Road, Madison, CT; Vol. 1371, P. 99**

Creditor's mailing address

Describe the lien
**Mortgage**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Rec. 5/18/2005**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.
  Specified on Line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $474,407.97 |
|---|---|---|

---

**Part 2:**　**List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Civil Process Clerk**<br>**United States Attorneys Office**<br>**157 Church Street, 25th Floor**<br>**New Haven, CT 06510** | Line　2.6 | |
| **Civil Process Clerk**<br>**United States Attorneys Office**<br>**157 Church Street, 25th Floor**<br>**New Haven, CT 06510** | Line　2.7 | |
| **Civil Process Clerk**<br>**United States Attorneys Office**<br>**157 Church Street, 25th Floor**<br>**New Haven, CT 06510** | Line　2.8 | |
| **Community Investment Corp.**<br>**Att:　Mark S. Cousineau, Agent**<br>**and Rosa G. Rubbo**<br>**2315 Whitney Avenue Ste 2B**<br>**Hamden, CT 06518** | Line　2.6 | |
| **Community Investment Corp.**<br>**Att:　Mark S. Cousineau, Agent**<br>**and Rosa G. Rubbo**<br>**2315 Whitney Avenue Ste 2B**<br>**Hamden, CT 06518** | Line　2.7 | |

---

Official Form 206D　　　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　　　page 4 of 5

| Debtor | **Lighthouse Hospitality LLC** | Case number (if know) | **19-30387** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| **Community Investment Corp.**<br>**Att:  Mark S. Cousineau, Agent**<br>**and Rosa G. Rubbo**<br>**2315 Whitney Avenue Ste 2B**<br>**Hamden, CT 06518** | Line **2.8** |
| **David Minicozzi, Esq.**<br>**Committee**<br>**250 West Main Street**<br>**P.O. Box 151**<br>**Branford, CT 06405** | Line **2.1** |
| **David Minicozzi, Esq.**<br>**Committee**<br>**250 West Main Street**<br>**P.O. Box 151**<br>**Branford, CT 06405** | Line **2.2** |
| **David Minicozzi, Esq.**<br>**Committee**<br>**250 West Main Street**<br>**P.O. Box 151**<br>**Branford, CT 06405** | Line **2.3** |
| **Denise Mondell**<br>**Assistant Attorney General**<br>**State of Connecticut**<br>**55 Elm Street**<br>**Hartford, CT 06106** | Line **2.4** |
| **Louis Spadaccini, Esq.**<br>**Blackwell & Spadaccini, LLC**<br>**158 East Center Street**<br>**Manchester, CT 06040** | Line **2.1** |
| **Louis Spadaccini, Esq.**<br>**Blackwell & Spadaccini, LLC**<br>**158 East Center Street**<br>**Manchester, CT 06040** | Line **2.2** |
| **Louis Spadaccini, Esq.**<br>**Blackwell & Spadaccini, LLC**<br>**158 East Center Street**<br>**Manchester, CT 06040** | Line **2.3** |
| **US Attorney General**<br>**for Small Business Administrat**<br>**950 Pennsylvania Ave N.W.**<br>**Washington, DC 20530** | Line **2.6** |
| **US Attorney General**<br>**for Small Business Administrat**<br>**950 Pennsylvania Ave N.W.**<br>**Washington, DC 20530** | Line **2.7** |
| **US Attorney General**<br>**for Small Business Administrat**<br>**950 Pennsylvania Ave N.W.**<br>**Washington, DC 20530** | Line **2.8** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name  **Lighthouse Hospitality LLC**

United States Bankruptcy Court for the:  DISTRICT OF CONNECTICUT

Case number (if known)  **19-30387**

☐ Check if this is an amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Cynthia Tsianco**<br>**125 Princess Drive**<br>**Ivoryton, CT 06442** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,728.00** | **$1,728.00** |
| | Date or dates debt was incurred<br>**12/14/2018 - 3/8/2019** | Basis for the claim:<br>**1099 Wages - Uncashed Checks** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Att:  Revenue Agent**<br>**Centralized Insolvency Oper.**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$61,900.77** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**941 Employee Withholding Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    49506                    Best Case Bankruptcy

| Debtor | **Lighthouse Hospitality LLC** | Case number (if known) | **19-30387** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**State of Connecticut**
**Department of Labor**
**Att:  Director, Dept. 417329**
**P.O. Box 2905**
**Hartford, CT 06104-2905**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**2013**

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number **5068**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,151.56** | **$1,151.56** |
|---|---|---|---|---|

**Tax Collector, Madison**
**P.O. Box 587**
**Madison, CT 06443**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017 Grand List**

Basis for the claim:
**Personal Property Tax**

Last 4 digits of account number **0447**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,645.94** |
|---|---|---|---|

**Christensen Landscape Services**
**Att:  David Christensen**
**P.O. Box 593**
**Northford, CT 06472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09/2018**

Basis for the claim:  **Landscaping and snow removal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$135.12** |
|---|---|---|---|

**John's Refuse & Recycling LLC**
**Att:  Andrew Bozzuto**
**1002 Middletown Avenue**
**Northford, CT 06472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **March 2019**

Basis for the claim:  **Trash and Recycling Pickup**

Last 4 digits of account number  **4000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,040.59** |
|---|---|---|---|

**New Look Upholstery**
**Att:  Eileen Griffin**
**82 Long Hill Road**
**Clinton, CT 06413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2015**

Basis for the claim:  **Upholstery Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Lighthouse Hospitality LLC | | Case number (if known) | 19-30387 |
|---|---|---|---|---|
| | Name | | | |

---

**3.4** | Nonpriority creditor's name and mailing address

Northford Environmental
Att:  Chris Fabiano, GM
50 Highland Avenue
Middletown, CT 06457

Date(s) debt was incurred  **Jaanuary 2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  $1,245.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Emergency Services, burst pipi; insurance claim pending**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address

Pen-Tel
Att:  John Pendleton
11 Silver Birch Lane
Clinton, CT 06413

Date(s) debt was incurred  **July 2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  $135.60

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Telephone Repair Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address

Peoples United Bank
Att:  Pres. or Other Officer
850 Main Street
Bridgeport, CT 06604

Date(s) debt was incurred  **November 2015**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  $9,471.37

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Overdraft Protection for Business Checking Account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address

Peter White Plumbing, LLC
Att: Peter White
441 Green Hill Road
Madison, CT 06443

Date(s) debt was incurred  **January 2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  $366.70

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Emergency Services, burst pipe; Insurance claim pending**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address

Samuel Robinson
905 Ridgewood Road
Middletown, CT 06457

Date(s) debt was incurred  **November 2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  $400.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landscaping and maintenance services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address

Scape Artist, Inc.
Att:  Pres. or Other Officer
141 S. Main Street
Beacon Falls, CT 06403

Date(s) debt was incurred  **April 2018**

Last 4 digits of account number  **7159**

As of the petition filing date, the claim is: *Check all that apply.*  $553.02

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Seasonal decoration service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address

ServPro
Att:  Kristi Stoyak
150 Bradley Street
East Haven, CT 06512

Date(s) debt was incurred  **January 2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*  $6,613.45

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Emergency services, burst pipe; Insurance claim pending**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lighthouse Hospitality LLC** | Case number (if known) | **19-30387** |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$220.00** |
|---|---|---|---|

**Shore Publishing LLC**
**Att: Managing Member**
**P.O. Box 1010**
**Madison, CT 06443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **February 2019**

**Basis for the claim:** **Advertising Display**

Last 4 digits of account number **8283**

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,897.82** |
|---|---|---|---|

**Wells Fargo Bank, N.A.**
**Att: Pres. or Other Officer**
**P.O. Box 5132**
**Sioux Falls, SD 57117-5132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **March 2016**

**Basis for the claim:** **Loan to purchase Gas Fireplace - in name of Victoria Kolyvas**

Last 4 digits of account number **1102**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Denise Mondell**<br>**Assistant Attorney General**<br>**State of Connecticut**<br>**55 Elm Street**<br>**Hartford, CT 06106** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Victoria V. Kolyvas**<br>**949 Boston Post Raod**<br>**Madison, CT 06443** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. $ | **64,780.33** |
| 5b. Total claims from Part 2 | | 5b. + $ | **26,724.61** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. $ | **91,504.94** |

**Fill in this information to identify the case:**

Debtor name    **Lighthouse Hospitality LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **19-30387**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Right to Sell Listing Contract of 949 Boston Post Road, Madison; original contract date 2/1/2018 through 1/31/2019, Contract extended to July 31, 2019; 6% Commission** | |
| State the term remaining | | **William Pitt Sotheby's Inter. Att:  Bette Zollshan, GRI, SRE 696 Boston Post Road Madison, CT 06443** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  **Lighthouse Hospitality LLC**

United States Bankruptcy Court for the:  DISTRICT OF CONNECTICUT

Case number (if known)  **19-30387**

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Victora V. Kolyvas** | **949 Boston Post Road Madison, CT 06443** | **Wells Fargo Bank, N.A.** | ☐ D _____ ■ E/F __3.12__ ☐ G _____ |
| 2.2 | **Victora V. Kolyvas** | **949 Boston Post Road Madison, CT 06443** | **US Small Business Admin.** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Victora V. Kolyvas** | **949 Boston Post Road Madison, CT 06443** | **HarborOne Bank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Victora V. Kolyvas** | **949 Boston Post Road Madison, CT 06443** | **HarborOne Bank** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Victora V. Kolyvas** | **949 Boston Post Road Madison, CT 06443** | **HarborOne Bank** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |

Debtor    **Lighthouse Hospitality LLC**                          Case number *(if known)*    **19-30387**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Victoria Kolyvas**<br>**949 Boston Post Road**<br>**Madison, CT 06443** | **US Small Business Admin.** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Victoria Kolyvas**<br>**949 Boston Post Road**<br>**Madison, CT 06443** | **US Small Business Admin.** | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Lighthouse Hospitality LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    **19-30387**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $23,755.00 |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $207,788.53 |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $205,677.20 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Lighthouse Hospitality LLC** | Case number *(if known)* **19-30387** |
|--------|-------------------------------|----------------------------------------|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|------------------------------------------------------|-------|-----------------------|----------------------------------|
| 4.1. Victora V. Kolyvas<br>949 Boston Post Raod<br>Madison, CT 06443 | **March 2018 - March 2019** | **$22,968.00** | **Debtor paid about $22,968 total in monthly secured mortgage payments to SBA/CIC which mortgage note is guranteed by Debtor's principal, Victoria Kolyvas.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|------------------------------|--------------------------|------|-------------------|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|------------------------------|----------------------------------------|-----------------------|--------|

| **Part 3:** | **Legal Actions or Assignments** |
|-------------|----------------------------------|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---------------------------|----------------|-------------------------------------|----------------|
| 7.1. **Coastway Community Bank v. Lighthouse Hospitality LLC Et Al**<br>**NNH-CV18-6077768-S** | **Property - Foreclosure;**<br>**Note: Judgment of foreclsoure by sale entered July 23, 2018** | **Superior Court at New Haven JD** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|-------------|-----------------------------------------------|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **Lighthouse Hospitality LLC**                                     Case number (if known)  **19-30387**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| **Damage from burst frozen pipe** | **Payment for remediation services are anticipated to be paid by Debtor's insurance company, State Farm Insurance (Check for $18,312.82 received post-petition)** | **January 22, 2019** | **Unknown** |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Coan, Lewendon, Gulliver & Miltenberger,**<br>**495 Orange Street**<br>**New Haven, CT 06511-3809** | **Attorney Fees** | **March 14, 2019** | **$18,000.00** |
| | **Email or website address**<br>**cgulliver@coanlewendon.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Debtor's principal, Victoria Kolyvas, by way of loan from sister** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | Lighthouse Hospitality LLC | Case number *(if known)* | 19-30387 |

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Debtor utilitzes Rezovation, Guest Reservation Management
    Software, that collects guest addresses, email addresses, telephone
    numbers and credit card numbers and expiration dates;**

    **Debtor also utilizes Constant Contact for advertising purposes for
    emailing newsletters to clients and only collects guests names and
    email addresses.**

    Does the debtor have a privacy policy about that information?
    ■ No
    ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or
    profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Lighthouse Hospitality LLC | Case number *(if known)* | **19-30387** |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Scape Artist, Inc.**<br>**Att:  Pres. or Other Officer**<br>**141 S. Main Street**<br>**Beacon Falls, CT 06403** | **N/A - Property is held at Scape Artist premises and delivered annually to Debtor's premises for the Christmas Holiday Season** | **Christmas Angel** | ☐ No<br>■ Yes |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Debtor | Lighthouse Hospitality LLC | Case number (if known) | 19-30387 |
|--------|----------------------------|------------------------|----------|

| Owner's name and address | Location of the property | Describe the property | Value |
|---------------------------|--------------------------|------------------------|-------|
| Victoria V. Kolyvas<br>949 Boston Post Raod<br>Madison, CT 06443 | 949 Boston Post Road<br>Madison, CT 06443 | Various personal possessions owned by Debtor's member held within the innkeeper apartment as well as various other personal possessions throughout the inn:<br><br>Piano<br>Antique Oak Curio Cabinet and Contents<br>Crystal Chandelier in Dining Room<br>Holiday Decorations<br>Specialty cooking/baking/serving equipment<br>Certain Paintings | Unknown |

---

**Part 12:**    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

  ■  No.
  ☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---------------------------|----------------------------------|---------------------|-----------------|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■  No.
  ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|------------------------------|-----------------|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■  No.
  ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|-------------------------------------|------------------------------|-----------------|

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
  List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
  Include this information even if already listed in the Schedules.

---

| Debtor | Lighthouse Hospitality LLC | Case number *(if known)* 19-30387 |
|---|---|---|

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  **Tidewater Inn**<br>949 Boston Post Road<br>Madison, CT 06443 | **Bed and Breakfast** | **EIN:**   None<br><br>**From-To**   1987 to present |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Victora V. Kolyvas**<br>949 Boston Post Raod<br>Madison, CT 06443 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Victoria V. Kolyvas**<br>949 Boston Post Raod<br>Madison, CT 06443 | **Debtor believes all books and records are available.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Victoria V. Kolyvas** | **On-going and as acquired, sold or junked** | **Debtor keeps a detailed running list of furnishings, fixtures and equipment located throughout the inn.** |
| | Name and address of the person who has possession of inventory records | | |
| | **Lighthouse Hospitality LLC**<br>949 Boston Post Road<br>Madison, CT 06443 | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Lighthouse Hospitality LLC | Case number *(if known)* | 19-30387 |
|---|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Victoria V. Kolyvas | 949 Boston Post Raod Madison, CT 06443 | Member | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Victoria V. Kolyvas 949 Boston Post Raod Madison, CT 06443 | Nominal reimbursemts plus apartment | Various | Debtor occasionally reimburses member for groceries purchased by member on behalf of debtor. |
| | Relationship to debtor Member | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Lighthouse Hospitality LLC** | Case number *(if known)* | **19-30387** |

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **March 28, 2019**

**/s/ Victoria V.  Kolyvas**                                     **Victoria V.  Kolyvas**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor      **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy